IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                            ORDER

            Plaintiff,

                                          12-cv-275-bbc

     v.                                      09-cr-19-bbc

CHRISTOPHER BELL,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Christopher Bell has written to the court requesting an extension of time to file his reply brief in support of his motion under 28 U.S.C. §2255. Defendant states that he has not yet received the government's response brief. I will grant defendant's request for an extension and give him until July 16, 2012, in which to submit his reply brief.

1

ORDER

IT IS ORDERED that defendant Christopher Bell's request for an extension of time to file his reply brief is GRANTED.

Entered this 14th day of June, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge