IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

CHRISTOPHER BELL,

                  Defendant.

ORDER

09-cr-19-bbc
12-cv-275-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On April 24, 2012, defendant Christopher Bell filed a motion for post conviction relief under 28 U.S.C. § 2255. After receiving a response from the government, I entered an order setting defendant's motion for an evidentiary hearing on October 11, 2012. Reed Cornia has been appointed to represent defendant.

      Defendant has now filed a document entitled "Objections to the Court's Opinion and Order to Vacate Pursuant to Title 28 U.S.C. § 2255." The court will take no action on defendant's filing because Mr. Cornia has been appointed to represent him. Defendant must communicate to the court through his counsel.

      To assuage defendant's concerns, no final judgment has been entered on any of his claims and none will be entered until all of the issues raised in his post conviction motion

1

have been resolved. Once final judgment is entered, he will have 60 days in which to file an appeal.

## ORDER

IT IS ORDERED that defendant's "Objections to the Court's Opinion and Order to Vacate Pursuant to Title 28 U.S.C. § 2255" will be filed but no action will be taken on it unless it is submitted through his counsel.

Entered this 28th day of August, 2012.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge